No. D–686. IN RE DISBARMENT OF WARREN. Disbarment entered. [For earlier order herein, see 485 U. S. 973.]

No. D–691. IN RE DISBARMENT OF NEWHOUSE. Disbarment entered. [For earlier order herein, see 485 U. S. 984.]

No. D–712. IN RE DISBARMENT OF BRILL. Disbarment entered. [For earlier order herein, see 486 U. S. 1030.]

No. D–714. IN RE DISBARMENT OF WATKINS. Disbarment entered. [For earlier order herein, see 486 U. S. 1052.]

No. D–718. IN RE DISBARMENT OF MORALES. Disbarment entered. [For earlier order herein, see 487 U. S. 1202.]

No. D–733. IN RE DISBARMENT OF BUSSEY. It is ordered that Robert N. Bussey, of St. Petersburg, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–734. IN RE DISBARMENT OF NEWMAN. It is ordered that Marvin A. Newman, of Monticello, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–735. IN RE DISBARMENT OF STOLL. It is ordered that Peter Richard Stoll, of Los Angeles, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–736. IN RE DISBARMENT OF CHESSON. It is ordered that Calvin W. Chesson, of Charlotte, N. C., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court..